**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE    (425) 458-2121
FACSIMILE    (425) 458-2131

Honorable Judge Karen A. Overstreet
Chapter 13
Hearing Location: Marysville
Hearing Date: January 12, 2011
Hearing Time: 9:00 am
Response Date: January 5, 2011

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Joel C Simicich<br>Clarissa A Simicich<br><br>                                              Debtors. | No.:  10-20176-KAO<br><br>ORDER GRANTING RELIEF FROM STAY<br>To JP Morgan Chase Bank, N.A., its successors in interest, agents and assigns |

This matter came before the Court upon JP Morgan Chase Bank, N.A., its successors in interest, agents and assigns's motion for relief from stay.  It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of JP Morgan Chase Bank, N.A., its successors in interest, agents and assigns's motion and further as to the property located at 13722 W Vernon Ave, Goodyear, AZ 85338 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion.  NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to JP Morgan Chase Bank, N.A., its successors in interest, agents and assigns, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of JP Morgan Chase Bank, N.A., its successors in interest, agents and assigns's motion.  Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or

Order Granting Relief From Stay
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

_Karen A. Overstreet_
**United States Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ James K. Miersma
James K. Miersma, WSBA# 22062
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2